UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>C. GAMBOA, *et al*.,<br><br>            Defendants. | No.  1:20-cv-00794-NONE-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 4) |

Plaintiff Joshua Bland is a state prisoner bringing this civil rights action *pro se* under 42 U.S.C. § 1983.  On June 8, 2020, plaintiff filed an application to proceed *in forma pauperis*.  On June 24, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application for *in forma pauperis* status be denied because three previous actions filed by plaintiff were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(g).  (Doc. No. 4 at 1–2.)  Plaintiff filed his objections to those findings and recommendations on July 17, 2020.  (Doc. No. 5.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the magistrate judge's findings and recommendations are supported by the record and proper analysis and that plaintiff's objections fail to meaningfully address the magistrate judge's analysis.

Accordingly, it is hereby ORDERED that:

1. The findings and recommendations issued on June 24, 2020 (Doc. No. 4) are ADOPTED in full;
2. Plaintiff's motion for *in forma pauperis* status (Doc. No. 2) is DENIED;
3. Within twenty-one (21) days following the date of service of this order, plaintiff SHALL pay the required $400.00 filing fee in full to proceed with this action;
4. Plaintiff is forewarned that if he fails to pay the filing fee within the specified time, this action will be dismissed; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 19, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2